Case 5:26-cv-00053-MTT Document 4 Filed 02/26/26 Page 1 of 1
Case 5:26-cv-00053-MTT-ALS Document 2 Filed 02/06/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-CV-00053-MTT-ALS

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Lieutenant Kim Willis**
was received by me on *(date)* **02/18/2026**.

☒ I personally served the summons on the individual at *(place)* **Baldwin State Prison**
on *(date)* **02/18/2026**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **02/18/2026**

*Jacob Fordham*
Server's signature

**J. Fordham — Deputy**
Printed name and title

**119 Old Monticello Rd NE Milledgeville, GA 31061**
~~140 Laying Farm Rd~~
Server's address

Additional information regarding attempted service, etc: