AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-CV-00053-MTT-ALS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __OFFICER ASHLEY SCHOLZ__
was received by me on *(date)* __2/16/26__.

☐ I personally served the summons on the individual at *(place)* __196 LAYING FARM ROAD__
__MILLEDGEVILLE GA 31061__ on *(date)* __2/17/26__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/17/26__

_____
Server's signature

__JUSTIN M SEYMOUR, SGT BALDWIN CO SO__
Printed name and title

__121 N WILKINSON ST MILLEDGEVILLE GA 31061__
Server's address

Additional information regarding attempted service, etc: