**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| AKEIM BURGEST,<br><br>*Plaintiff,*<br><br>vs.<br><br>OFFICER ASHLEY SCHOLZ and LIEUTENANT KIM WILLIS,<br><br>*Defendants.* | CIVIL ACTION No.<br>5:26-cv-00053-MTT |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS ASHLEY SCHOLZ AND KIM WILLIS TO FILE ANSWER OR MOTION TO DISMISS**

Defendants Ashley Scholz and Kim Willis, through counsel, move for an extension of time to answer or otherwise respond to Plaintiff's complaint. (Doc. 1). Plaintiff consents to this request.

Plaintiff Akeim Burgest sues Defendants under 42 U.S.C. § 1983 for alleged excessive force and failure to intervene in violation of Plaintiff's Eighth Amendment rights under the United States Constitution. (Doc. 1). Plaintiff alleges that he was stabbed by Officer Scholz in the hand while incarcerated at Baldwin State Prison (*Id.*). Defendants Ashley Scholz and Kim Willis—a Georgia Department of Corrections officer and Georgia Department of Corrections Lieutenant, respectively—were personally served on February 17, 2026. (Docs. 4, 5). Accordingly, the deadline for these Defendants to respond to the complaint is March 10.

Undersigned counsel was assigned to represent Defendants Scholz and Willis on March 3. Given the nature of the allegations, counsel for Defendants Scholz and Willis needs additional time to investigate this matter, in order to assess the defenses to Plaintiff's claims and to prepare

1

a response to the allegations. Furthermore, counsel has commitments and deadlines in other matters that will impede the preparation of an answer by March 10.

Accordingly, these Defendants request a 30-day extension of time to file an answer or motion to dismiss, through and including April 9, 2026. This request is made in good faith and not for the purpose of delay. A proposed order is being submitted along with this motion.

Respectfully submitted,

Please Serve:
CHANDLER L. KING
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 436-6602
Facsimile: (404) 651-5304
cking@law.ga.gov

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| LORETTA L. PINKSTON-POPE<br>Deputy Attorney General | 580385 |
| WILLIAM W. PETERS<br>Senior Asst. Attorney General | 515342 |
| /s/ Chandler L. King<br>CHANDLER L. KING<br>Assistant Attorney General | 774738 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, I electronically filed this **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James Murray Slater<br>
2296 Henderson Mill Rd NE<br>
STE 116<br>
Atlanta, GA 30345

/s/ Chandler L. King
CHANDLER L. KING      774738
Assistant Attorney General