**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| AKEIM BURGEST, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION No. 5:26-cv-00053-MTT |
| OFFICER ASHLEY SCHOLZ and LIEUTENANT KIM WILLIS, | |
| *Defendants.* | |

**PROPOSED ORDER**

Having fully considered the matter and for good cause shown, it is hereby **ORDERED** that Defendants Ashley Scholz and Kim Willis' consent motion for an extension of time to answer or otherwise respond to the complaint is **GRANTED**. The time for Defendants to file an answer or otherwise respond to the complaint is hereby extended through and including April 9, 2026.

So ordered this _____ day of _____, 2026.

_____
Hon. Marc T. Treadwell
United States District Judge
Middle District of Georgia