**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| AKEIM BURGEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:26-cv-00053-MTT |
| ASHLEY SCHOLZ AND KIM WILLIS, | ) | |
| Defendants. | ) | |

**ANSWER AND DEFENSES**

Defendants Ashley Scholz and Kim Willis, through counsel, submit this Answer and

Defenses to the Complaint (Doc. 1) as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the Eleventh Amendment and the

doctrine of sovereign immunity.

**THIRD DEFENSE**

Plaintiff's claims are barred, in whole or in part, on the basis that an individual defendant

sued in his or her official capacity is not a "person" subject to suit under 42 U.S.C. § 1983.

**FOURTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of qualified immunity.

**FIFTH DEFENSE**

Plaintiff's claims fail because Defendants have not denied him any rights, privileges, or

immunities secured by the Constitution or laws of the United States.

- 1 -

## SIXTH DEFENSE

Plaintiff's claims for money damages are barred, in whole or in part, because he has not suffered a physical injury that is more than *de minimis*. Defendants reserve the right to raise any other defenses allowed by law at such time as Plaintiff's claims or contentions are more particularly identified in this case. Subject to and without waiving any of the foregoing defenses, Defendants respond to the individually numbered paragraphs of the Complaint as follows:

## I. PARTIES

1.    Admitted.

2.    Admitted.

3.    Admitted.

## II. JURISDICTION

4.    Admitted.

## III. VENUE

5.    Admitted.

## IV. FACTS

6.    Denied.

7.    Denied.

8.    Denied.

9.    Admitted.

10.    Admitted.

11.    Defendants are without knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and so the allegations are denied.

12.    Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Defendants deny that Defendant Scholz was "walked off the compound." Defendants admit that Plaintiff was taken to medical. Defendants deny that Defendant Scholz wounded Plaintiff's hand and deny that Scholz caused any injury to Plaintiff. Defendants are without knowledge or information sufficient to form a belief about the truth of the allegation that Plaintiff's hand was cleaned and wrapped at medical, and so this allegation is denied.

17.     Denied.

18.     Admitted.

**COUNT ONE: Excessive Force Under the Eight Amendment 42 U.S.C. § 1983 (against Officer Scholz)**

19.     Denied.

20.     Denied.

21.     Denied.

**COUNT TWO: Failure to Intervene under the Eighth Amendment 42 U.S.C. § 1983 (against Lieutenant Willis)**

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

## GENERAL DENIAL

To the extent that any allegation of the complaint, including any subparagraphs and attachments and amendments, has not been specifically admitted, denied, or otherwise controverted herein, Defendants deny the allegation.

WHEREFORE, having answered fully, Defendants request a jury trial on all issues so triable, that judgment be entered in their favor and against Plaintiff on all claims, that Plaintiff take nothing from Defendants and that Defendants be awarded and Plaintiff be assessed all costs of this action, and that the Court enter such other relief as it deems just and proper.

Respectfully submitted,

Christopher M. Carr          112505
Attorney General

Loretta L. Pinkston-Pope    580385
Deputy Attorney General

William W. Peters             515342
Senior Assistant Attorney General

s/ Chandler L. King
Chandler L. King              774738
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Chandler L. King
State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 436-6602
Fax: (404) 651-5304
Email: cking@law.ga.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date I electronically filed the foregoing pleading with the

Clerk of Court using the CM/ECF system which will automatically send email notification of

such filing to the following attorneys of record:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal

This 9th day of March, 2026.

s/ Chandler L. King
Chandler L. King
