**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

AKEIM BURGEST,

     Plaintiff,

                                        Civil Action No. 5:26-cv-53 (MTT)

v.

Officer ASHLEY SCHOLZ, et al.,

     Defendants.

_____/

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Akeim Burgest served a subpoena upon nonparty Georgia Department of Corrections ("GDC") regarding the subject matter of this litigation. In response to the subpoena, GDC has objected to disclosure absent a protective order in place to protect the confidentiality of certain records that ordinarily may not be subject to disclosure under state law. While Plaintiff takes the position that such protections do not apply in federal court, to accommodate GDC's concerns and facilitate the timely production of records in this case, the parties jointly move for the Court to enter the attached protective order.

WHEREFORE, the parties jointly request that the Court grant this motion and enter the attached protective order.

Dated: July 2, 2026

                                         Respectfully submitted,

                                         */s/ James M. Slater*
                                         James M. Slater
                                         Slater Legal PLLC
                                         2296 Henderson Mill Rd NE #116

Atlanta, Georgia 30345
Tel. (404) 458-7283
Email: james@slater.legal

*Attorneys for Plaintiff*

/s/ Chandler L. King (w/ permission)
Chandler L. King
State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel. (404) 436-6602
Fax: (404) 651-5304
Email: cking@law.ga.gov

*Attorneys for Defendants*

2