**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| AKEIM BURGEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | 5:26-cv-00053-MTT |
| | ) | |
| OFFICER ASHLEY SCHOLZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO REOPEN AND EXTEND DISCOVERY**

Defendants Ashley Scholz and Kim Willis, through counsel, move this Court for an order to reopen and extend the period of discovery. Defendants submit a proposed order along with this motion.

Plaintiff, a state prisoner, brings this suit under 42 U.S.C. 1983 against Defendants Ashley Scholz, a Correctional Officer at Baldwin State Prison and Kim Willis, a Lieutenant at Baldwin State Prison. Plaintiff alleges excessive force by Scholz during an alleged stabbing and failure to intervene from Willis. Plaintiff claims the alleged incident violated his Eighth Amendment rights under the United States Constitution.

The discovery period closed in this case on October 16, 2026, and dispositive motions are currently due on November 13, 2026. On October 1, 2026, Defendants' counsel emailed Plaintiff's counsel to inquire about his availability for Plaintiff's deposition on October 13, 14, or 15, 2026. Plaintiff's counsel did not respond to that email, and the deposition was not scheduled. By contrast, before this occurred, when Plaintiff's counsel requested to take Defendant's deposition, Defendant's counsel promptly provided their availability, and Plaintiff was able to take Defendants' depositions.

On October 20, 2026, Defendants' counsel followed up by email and requested Plaintiff's counsel's consent to a 30-day extension of the discovery period to complete Plaintiff's deposition. Plaintiff's counsel responded that he missed the October 1 email and did not respond to it, but Plaintiff's counsel would not consent to an extension.

Defendants request that discovery be reopened for 30 days for the limited purpose of completing Plaintiff's deposition. This is the first request for an extension of discovery in this case. Defendants would be unfairly prejudiced if they cannot take Plaintiff's deposition. The requested extension would permit the parties to complete this remining discovery without materially expanding the scope of discovery or unnecessarily delaying the proceedings. As such, Plaintiff will not be prejudiced by the extension of time.

For these reasons, Defendants requests to extend the deadline for discovery to November 16, 2026.

This 21st day of October, 2026.

Respectfully submitted,

Christopher M. Carr 112505
Attorney General

Loretta L. Pinkston-Pope 580385
Deputy Attorney General

William W. Peters 515342
Senior Assistant Attorney General

Chandler L. King 774738
Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Chandler L. King
State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 436-6602

Fax: (404) 651-5304
Email: cking@law.ga.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

I further certify that I served the foregoing document by depositing a copy thereof, postage prepaid, in the United States Mail, properly addressed to the following:

James Slater
Slater Legal PLLC
2296 Henderson Mill Rd. #116,
Atlanta, Georgia 30345

/s/ CHANDLER L. KING
Chandler L. King